■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON DENNIS, Appellant. [722 NYS2d 449] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of a violation of probation. Defendant pleaded guilty to the violation in exchange for an agreed-upon sentence of 10 day-reporting weekends in jail and continued probation. Prior to sentencing, defendant was arrested and County Court sentenced defendant to a term of incarceration of 2 to 6 years for the violation of probation. Defendant contends that the court erred in enhancing the sentence because he violated only one of the two conditions imposed by the court (*see, People v Williams,* 195 AD2d 1040). Defendant did not move to vacate the plea or object to the sentence on that ground, however, and thus failed to preserve his contention for our review (*see, People v Wilson,* 257 AD2d 674, *lv denied* 93 NY2d 981; *People v Perry,* 252 AD2d 990, *lv denied* 92 NY2d 929). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]; *People v Luksch,* 265 AD2d 895, 895-896, *lv denied* 94 NY2d 825). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Marks, J.—Violation of Probation.) Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.